IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 07-3428-CV-S-RED |
| | ) | |
| ABDUL-MUMIT MUHAMMAD, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States has filed a Motion for Conditional Release pursuant to Title 18, U.S.C., Section 4246(e)(2). Attached to the motion is a Risk Assessment Review Report Addendum, which states it is the opinion of the panel that the defendant has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another. The Warden has filed the appropriate Certificate of Recovery. Counsel for the defendant has filed a Report to the Court. Attached as "Exhibit A" is "Statement of Defendant", wherein defendant states he is aware of the conditions of release and agrees to abide by them. It is therefore

RECOMMENDED that defendant be conditionally released pursuant to the conditions enumerated in the Memorandum for Joseph McGuire, Attorney Advisor, from Angie Conover, MSW, LCSW, which is marked as "Exhibit B", and attached to the Motion for Conditional Release filed on August 6, 2008.[1]

                                             /s/ James C. England
                                            JAMES C. ENGLAND, Chief
                                            United States Magistrate Judge

Date: August 28, 2008

---

[1] All parties have agreed to waive the statutory 10-day waiting period in which to file exceptions. The matter will be submitted to the United States District Judge to whom it is assigned forthwith.