# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABDUL-MUMIT MUHAMMAD, )<br>)<br>Defendant. ) | No. 07-03428-CV-S-MDH |

## ORDER

Defendant has personally filed a Motion to the Court. (Doc. 109.) This matter has been referred to the undersigned for processing and handling. Defendant is presently confined at the Medical Center for Federal Prisoners in Springfield, Missouri, pursuant to an order of commitment under 18 U.S.C. § 4246. In his Motion, Defendant contends that "no licensed or certified psychologist has been *designated by the Court* to produce a report" and requests that Dr. Elizabeth Tyner, the Chief Psychologist, prepare all reports under 18 U.S.C. § 4247 (b), (c), (e), because he alleges it is "an unjust violation" that Dr. Lauren Vera, the treating staff psychologist and "the clinical professional overseeing Defendant," prepares the report justifying his incarceration (emphasis in original).

In this matter, Defendant is represented by the Federal Public Defender, and the Court "is not required to entertain pro se motions filed by a represented party." *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017). Accordingly, Defendant's *pro se* Motion is **DENIED** without prejudice. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 27, 2021